UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kimberly A. Salinas,                                          Case No. 3:19-cv-1387

              Plaintiff

     v.                                                 MEMORANDUM OPINION
                                                             AND ORDER

Commissioner of Social Security,

              Defendant

Before me is the Report and Recommendation of Magistrate Judge Kathleen B. Burke filed on February 27, 2020. (Doc. No. 13). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day period has elapsed, and no objections have been filed.

Following review of Judge Burke's Report and Recommendation, I adopt it in its entirety as the Order of the Court. Because Plaintiff has failed to prosecute this action, it is hereby dismissed without prejudice.

So Ordered.

                                                                     s/ Jeffrey J. Helmick
                                                                     United States District Judge